UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLEN CORY CAMPBELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. C18-5923-MLP

ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL WITHOUT PREJUDICE

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in his appeal of the district court's decision in the above-captioned case. (Dkt. # 16.) After careful consideration of the application, the governing law, and the balance of the record, the Court DENIES Plaintiff's application to proceed IFP on appeal (dkt. # 16) without prejudice for failure to comply with Federal Rule of Appellate Procedure 24.

Specifically, Rule 24(a)(1) states that a party who desires IFP status on appeal must file a motion in the district court, along with an affidavit, that "(a) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (b) claims an entitlement to redress; and (c) states the issues that the party intends to

ORDER
PAGE - 1

present on appeal." Fed. R. App. P. 24(a)(1). Plaintiff's application fails to comply with these requirements, as he mistakenly submitted the district court's IFP form instead of the financial affidavit approved for use by the Ninth Circuit Court of Appeals. Plaintiff is advised that the correct financial affidavit is available on Ninth Circuit's website under "Forms."[1]

Accordingly, Plaintiff shall have until September 12, 2019 to submit an application to proceed IFP on appeal that complies with Federal Rule of Appellate Procedure 24. If Plaintiff fails to submit a proper IFP application by that date, the Court will deny his application to proceed IFP on appeal with prejudice, and will direct the Clerk to so notify the Court of Appeals pursuant to Federal Rule of Appellate Procedure 24(a)(4)(A).

The Clerk is directed to send copies of this Order to the parties.

DATED this 12th day of August, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

---

[1] *See* United States Courts for the Ninth Circuit, http://www.ca9.uscourts.gov/forms/ (last visited August 12, 2019).